UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE TOKMO, | No. 2:25-cv-1614-DAD-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| PACTIV EVERGREEN GROUP HOLIDNGS, et al., | |
| Defendants. | |

Following removal of this case to this court by the defendants, plaintiff Candice Tokmo proceeds without counsel and seeks to participate in electronic case filing. (ECF No. 5.) "[A]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff affirms understanding of the requirements for electronic case filing but does not provide good cause for deviance from the general procedure in the Local Rule at the present time. Plaintiff's request will be denied without prejudice to renewal at a later stage of the case.

However, if plaintiff would like to receive immediate email notifications when documents are filed in this case, instead of receiving service by mail, plaintiff may file such a request. In any such request, plaintiff should provide an email address and state that she consents to receive service of documents electronically and waives the right to receive service by first class mail.

1

| | |
|---|---|
| 1 | Plaintiff has also filed a motion to proceed in forma pauperis (ECF No. 5.) Such a motion |
| 2 | is unnecessary because defendants have paid the filing fee in removing the case. |

In accordance with the above, IT IS ORDERED as follows:

1. Plaintiff's motion to participate in electronic case filing (ECF No. 5) is DENIED without prejudice.
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 6) is DENIED as unnecessary.

Dated: June 20, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, tokm25cv1614.efile