1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CANDICE TOKMO,                              No.  2:25-cv-1614-DAD-CKD (PS)

12                 Plaintiff,

13        v.                                     ORDER

14   PACTIV EVERGREEN GROUP
     HOLDINGS INC.,
15
                   Defendants.
16

17

18        Proceeding pro se, plaintiff Candice Tokmo initiated this action in the San Joaquin County

19   Superior Court and defendants removed it to this court. (ECF No. 1.) On June 24, 2025, plaintiff

20   filed a motion to remand and for leave to amend the complaint which is fully briefed and pending.

21   (ECF No. 9.)

22        By motion filed on July 14, 2025, plaintiff seeks a stay of all discovery until the court

23   rules on the motion to remand and for leave to amend the complaint. (ECF No. 51.) In the

24   alternative, plaintiff seeks to limit discovery solely to the issue of the citizenship of Mike Lozano.

25   (Id. at 5.) Defendants do not oppose staying discovery until the court rules on plaintiff's motion to

26   remand and for leave to amend the complaint. (ECF No. 55.)

27        Good cause appearing, IT IS ORDERED that plaintiff's motion to stay (ECF No. 51) is

28   GRANTED; pursuant to Federal Rule of Civil Procedure 26(c), all discovery, including initial

                                                  1

disclosures, is STAYED pending resolution of plaintiff's motion to remand and for leave to amend the complaint.

Dated: July 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, tokm25cv1614.51