UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE TOKMO,<br><br>Plaintiff,<br><br>v.<br><br>PACTIV EVERGREEN GROUP HOLDINGS INC., et al.,<br><br>Defendants. | No. 2:25-cv-01614-DAD-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION TO REMAND, AND REMANDING THIS ACTION TO THE SAN JOAQUIN COUNTY SUPERIOR COURT<br><br>(Doc. Nos. 9, 15, 59, 68, 69) |

Plaintiff Candice Tokmo, proceeding *pro se*, initiated this civil action on May 6, 2025 in the San Joaquin County Superior Court. (Doc. No. 1-5 at 6.) The action was removed to this federal court by defendants on June 10, 2025. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2025, plaintiff filed a motion to remand and to amend her complaint. (Doc. No. 9.) On September 2, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to remand and for leave to amend (Doc. No. 9) be granted and this action remanded to the San Joaquin County Superior Court. (Doc. No. 68 at 9.) Specifically, the magistrate judge found that plaintiff's proposed amendment to her complaint adding a non-diverse defendant would prevent a separate and redundant action, that plaintiff's claim against that new defendant is tenable, and that it is not clear from the face of the

1

complaint that the claim against the new defendant would be barred by the applicable statute of limitations. (*Id.* at 3–7.) Accordingly, the magistrate judge concluded that the joinder of the non-diverse defendant was not an instance of fraudulent joinder and that the motion to remand should be granted. (*Id.* at 7–9.) The pending findings and recommendations were served upon the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of the date of service. (*Id.* at 9.) To date, no party has filed objections to those findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above,

1. The findings and recommendations issued on September 2, 2025 (Doc. No. 68) are ADOPTED in full;

2. Plaintiff's motion to remand and motion to amend the complaint (Doc. No. 9) is GRANTED;

3. Plaintiff's other pending motions (Doc. Nos. 9, 15, 59, 69) are DENIED as having been rendered moot by this order;

4. This action is REMANDED to the San Joaquin County Superior Court; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 19, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2